**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NYKA O'CONNOR,

Plaintiff,

v. Case No. 3:26-cv-3026-WWB-LLL

APALACHEE CORRECTIONAL
INSTITUTION,

Defendant.

---

**ORDER**

After examination of the Plaintiff's filing titled "Notice to the Court" (Doc. 1), it appears this action should be transferred to the United States District Court for the Northern District of Florida because the alleged events giving rise to the claims occurred at Apalachee Correctional Institution, a prison in Jackson County, Florida. Accordingly, pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Northern District of Florida, Panama City Division, for all further proceedings. The Clerk shall immediately forward the file to that District and thereafter close this case.

**DONE AND ORDERED** in Jacksonville, Florida, on November 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JaxP-13

c:
Nyka O'Connor